| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name, state bar number, and address): | 22762031 |
|---|---|
| Charles H. Horn (SBN 063362)<br>Joseph A. Whitecavage (SBN 154879)<br>LeClairRyan LLP<br>44 Montgomery Street, Suite 3100, San Francisco CA 94104<br>TELEPHONE NO.: 415.391.7111    FAX NO: 415.391.8766<br>ATTORNEY FOR (Name): Thomas Smith | R11AJZILIO<br>N II  A IA iiir•v%  A ••••••,v atirrl<br><br>JUN 27 2019 |

| NAME OF COURT: ALAMEDA COUNTY SUPERIOR COURT |
|---|
| STREET ADDRESS: 1221 Oak Street |
| MAILING ADDRESS: 1221 Oak Street |
| CITY AND ZIP CODE: Oakland 94612 |
| BRANCH NAME: Administration Building |

| CASE NAME: Marian Latasha Willis, as Personal Representative of the Estate of Raeshon Williams v. Zip, Inc., et al. | CASE NUMBER:<br>RG17866531 |
|---|---|
| **NOTICE OF MOTION AND MOTION<br>TO BE RELIEVED AS<br>COUNSEL—CIVIL** | HEARING DATE: August 23, 2019<br>DEPT.: 22    TIME: 10:00 am<br>BEFORE HON.: Robert McGuiness<br>DATE ACTION FILED: July 6, 2017<br>TRIAL DATE: January 6, 2020 |

TO (name and address of client): Thomas Smith - tommy@thebrandexecutives.com; tommygordonsmith@gmail.com

1. PLEASE TAKE NOTICE that (name of withdrawing attorney): LeClairRyan **LLP,** Charles H. Horn/Joseph A. Whitecavage moves under California Code of Civil Procedure section 284(2) and California Rules of Court, rule 3.13e2, for an order permitting the attorney to be relieved as attorney of record in this action or proceeding.

2. A hearing on this motion to be relieved as counsel will be held as follows:

| a. | Date: August 23, 2019 | Time: 10:00 am | Dept.: 22 | Room: 4lh Floor |
|---|---|---|---|---|

   b. The address of the court:   (☒ same as noted above   ☐ other (specify):     R2691581

3. This motion is supported by the accompanying declaration, the papers and records filed in this action or proceeding, and the following additional documents or evidence (specify):

**FAXED**

(This motion does not need to be accompanied by a memorandum of points and authorities. CaL Rules of Court, rule 3.1362.)

4. The client presently represented by the attorney is
   a. ☒ an individual.
   b. ☐ a corporation.
   c. ☐ a partnership.
   d. ☐ an unincorporated association,
   e. ☐ a guardian.
   f. ☐ a conservator.
   g. ☐ a trustee.
   h. ☒ a personal representative.
   i. ☐ a probate fiduciary.
   j. ☐ a guardian ad litem.
   k. ☐ other (specify):

(Continued on reverse)

| Form Adopted for Mandatory Use<br>Judicial CounPI of California<br>MC-051 )Rev, January 1, 2007) | **NOTICE OF MOTION AND MOTION<br>TO BE RELIEVED AS COUNSEL—CIVIL** | Page 1 of 2<br>Code of CM Procedure, § 284;<br>Cal. Rules of Court, rule 3.1362<br>awe courtinfo.ca.gov |

**MC-051**

| | |
|---|---|
| CASE NAME; <br>—Marian Latasha Willis, as Personal Representative of the Estate of Raeshon Williams v. Zip, Inc., et al. | CASE NUMBER: <br>RG17866531 |

---

**NOTICE TO CLIENT**

**If this motion to be relieved as counsel is granted, your present attorney will no longer be representing you. You may not in most cases represent yourself If you are one of the parties on the following list:**

• A guardian          • A personal representative          • A guardian ad litem
• A conservator       • A probate fiduciary                • An unincorporated association
• A trustee           • A corporation

**If you are one of these parties, YOU SHOULD IMMEDIATELY SEEK LEGAL ADVICE REGARD NG LEGAL REPRESENTATION. Failure to retain an attorney may lead to an order striking the pleadings or to the entry of a default Judgment.**

---

5. If this motion is granted and a client is representing himself or herself, the client will be solely responsible for the case.

**NOTICE TO CLIENT WHO WILL BE UNREPRESENTED**

**If this motion to be relieved as counsel is granted, you will not have an attorney representing you. You may wish to seek legal assistance. If you do not have a new attorney to represent you in this action or proceeding, and you are legally permitted to do so, you will be representing yourself. It will be your responsibility to comply with all court rules and applicable laws. If you fail to do so, or fail to appear at hearings, action may be taken against you. You may lose your case.**

---

6. If this motion is granted, the client must keep the court informed of the client's current address.

**NOTICE TO CLIENT WHO WILL BE UNREPRESENTED**

**If this motion to be relieved as counsel is granted, the court needs to know how to contact you. If you do not keep the court and other parties informed of your current address and telephone number, they will not be able to send you notices of actions that may affect you, including actions that may adversely affect your interests or result In your losing the case.**

---

Date: **June 27, 2019**

**Joseph A. Whitecavge**
(TYPE OR PRINT NAME)

*[signature]*
(SIGNATURE OF ATTORNEY)

Att mey for *(name):* **Thomas Smith**



*Willis v, Zip, Inc., et al.*
Alameda County Superior Court No. HG1682597

**PROOF OF SERVICE**

I declare that:

     I am a citizen of the United, employed in the County of San Francisco, California, over the age of eighteen years, and not a party to the within cause. My busine s address is 44 Montgomery Street, Suite 3100, San Francisco, California, 94104. On t s date, I served the within:

**NOTICE OF MOTION AND MOTION TO BE RELIEVED AS COUNSEL-CIVIL**

on the parties in said cause, by placing a true and correct copy thereof addressed as follows:

| **Attorneys for Plaintiff** | **Attorneys for Plaintiff** |
|---|---|
| Anthony L. Label, Esq.<br>Steven A. Kronenberg, Esq.<br>The Veen Finn, P.C.<br>**P.** O. Box 7296<br>San Francisco, CA 94120<br>Telephone: (888) 504-0157<br>Facsimile:   (415) 771-5845<br>E-mail: AL.Team@veenfirm.com | John R. Hillsman, Esq.<br>McGuinn, Hillsman & Palefsky<br>535 Pacific Avenue<br>San Francisco, CA 94183<br>Telephone: (415) 421-9292<br>Facsimile:   (415) 403-0202 |
| **Attorneys for Berkeley Executives, Inc.** | **Attorneys for Defendant Zip, Inc.** |
| Daniel R. Friedenthal, Esq.<br>Friedenthal, Heffernan & Brown<br>215 N. Marengo Ave., Suite 165<br>Pasadena, CA 91101<br>Telephone: (626) 628-2800<br>Fax: (626) 628-2828<br>Email:<br>dfriedenthal.fhblawyers.com | Lynn L. Krieger, Esq.<br>Matthew W. J. Johnston, Esq.<br>Lewis Brisbois Bisgaard & Smith LLP<br>333 Bush Street, Suite 1100<br>San Francisco, CA 94104-2872<br>Telephone: (415) 362-2580<br>Facsimile:   (415) 434-0882<br>Email:<br>Lynn.Kriegera,lewisbrisbois.com<br>Matthew.Johnston@lewisbrisbois.com |
| **Thomas Smith**<br>Brand Executives<br>8601 Ranch Road 2222 #104<br>Austin, TX 78730<br>Email:<br>tommygordonsmithOgmail.com<br>tommy@thebrandexecutives.com | |

  x  (VIA U.S. MAIL) I placed for collection and deposit in the U.S. ail, copies of the above document(s) at 44 Montgomery St., Suite 3100., San Francisco, CA 9410 , in a sealed envelope, addressed as above. I am readily familiar with the practice of LECLAIR YAN LLP for the collection and process of correspondence for mailing with the U.S. Postal Service. In accordance with the ordinary course of business, the above documents would have b en deposited for first-

1  class delivery on same day, with postage thereon fully prepaid.

2   x   (VIA ELECTRONIC MAIL) Copies of the above document(s) were also emailed to Thomas Smith.

3

4   I certify and declare under penalty of perjury that the foregoing is true and correct and that this declaration was executed on **June 27, 2019,** at San Francisco, California.

5

6
                                *6.4*
                          Tori 1 Balestrieri
7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

| ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name, state bar number, and address):* | FOR COURT USE ONLY |
|---|---|
| Charles H. Horn (SBN 063362)<br>Joseph A. Whitecavage (SBN 154879)<br>LeClairRyan LLP<br>44 Montgomery Street, Suite 3100, San Francisco CA 94104<br>TELEPHONE NO.: 415.391.7111    FAX NO: 415.391.3766<br>ATTORNEY FOR *(Name):* Thomas Smith | J 27 2019 |

NAME OF COURT: ALAMEDA COUNTY SUPERIOR COURT
STREET ADDRESS: 1221 Oak Street
MAILING ADDRESS: 1221 Oak Street
CITY AND ZIP CODE: Oakland 94612
BRANCH NAME: Administration Building

CASE NAME: Marian Latasha Willis, as Personal Representative of the Estate of Raeshon Williams v. Zip, Inc., et al.

CASE NUMBER: RG17866531

**DECLARATION IN SUPPORT OF ATTORNEY'S MOTION TO BE RELIEVED AS COUNSEL—CIVIL**

HEARING DATE: August 23, 2019
DEPT.: 22    TIME: 10:00 am
BEFORE HON.: Robert McGuiness
DATE ACTION FILED: July 6, 2017
TRIAL DATE: January 6, 2020

1. **Attorney and Represented Party. Attorney** (name): LeClairRyan LLP, Charles H. Horn/Joseph A. Whitecavage
   is **presently counsel of record for** (name of party): **Thomas Smith**
   in the above-captioned action or proceeding.

2. **Reasons for Motion. Attorney makes this motion to be relieved as counsel under Code of Civil Procedure section 284(2) instead of filing a consent under section** 284(1) for the following reasons (describe):
   Mr. Smith has been uncooperative, uncommunicative and will not return voicemail or emails, nor has he provided a current address. Mr. Smith's conduct has rendered it unreasonably difficult for counsel to carry out his representation effectively. Counsel has never received a substantive response from Mr. Smith despite multiple attempts. On three occasions he agreed to a time for a telephonic conference, but has never followed through. The last response from Mr. Smith was on February 15, 2019, when he agreed, via email, to particpate in a telephone conference, but then failed to do so. California Rules of Professional Conduct 1.16.

   The service address and email addresses for Thomas Smith are the last known addresses for Mr. Smith and counsel has not been able to locate any other or more current addresses after making reasonable efforts to do so within 30 days of the filing of this motion.

   ☐ Continued **on Attachment 2.**



3. **Service**
   a. **Attorney has**
      (1) ☐ personally served the client with copies of the motion papers filed with this declaration. A copy of the proof of service will be filed with the court at least 5 days before the hearing.
      (2) ☐ served the client by mail at the client's last known address with copies of the motion papers served with this declaration.
   b. **If the client has been served by mail at the client's last known address, attorney has**
      (1) ☒ confirmed within the past 30 days that the address is current
         (a) ☐ by mail, return receipt requested.
         (b) ☐ by telephone.
         (c) ☒ by conversation.
         (d) ☒ by other means (specify): also served via email; tommy@thebrandexecutives.com; tommygordonsmith@gmail.com

*(Continued on reverse)*

| Form Adopted for Mandatory Use<br>Judicial Council of California<br>MC-052 (Rev. January 1, 2007) | **DECLARATION IN SUPPORT OF ATTORNEY'S MOTION TO BE RELIEVED AS COUNSEL—CIVIL** | Page 1 of 2<br>Code of Civil Procedure, § 284,<br>Cal. Rules of Court, rule 3.1362<br>www.courtinfo.ca.gov |



EXH. C-5

MC-052

| CASE NAME:<br>Marian Latasha Willis, as Personal Representative of the Estate of Raeshon Williams v. Zip, Inc., et al. | CASE NUMBER:<br>RG17866531 |
|---|---|

3. b. (2)   *been* unable to confirm that the address is current or to locate a more current address for the client after making the following efforts:

    (a) ☐ mailing the motion papers to the client's last known address, return receipt requested.
    (b)    calling the client's last known telephone number or numbers.
    (c) ☐ contacting persons familiar with the client *(specify):*

    (d) ☐ conducting a search *(describe):*

    (e) ☒ other *(specify):* via email: tommy@thebrandexecutives.com; tommygordonsmith@gmail.com

  c. Even if attorney has been unable to serve the client with the moving papers, the court should grant attorney's motion to be relieved as counsel of record *(explain):* Counsel is withdrawing because client has been uncooperative, has not provided. a current address, and has not returned telephone calls, voicemails or emails.

4. The next hearing scheduled in this action or proceeding
    a. ☐ is not yet set.
    b. ☒ is set as follows *(specify the date, time, and place):* December 2, 2019 at 9:00 am in Dept. 302

    c.    concerns *(describe the subject matter of the hearing):* Settlement Conference

    ☐ Continued on Attachment 4.

5. The following additional hearings and other proceedings (including discovery matters) are presently sch duled in this case *(for each, describe the date, time, place, and subject matter):*   -
December 13, 2019 at 8:30 am in Dept. 22 - Pre-Trial Conference

    ☐ Continued on Attachment 5.

6. Trial in this action or proceeding
    a. ☐ is not yet set.
    b. ☒ is set as follows *(specify the date, time, and place):* January 6, 2020 at 8:30 am in Dept. 22

7. **Other.** Other matters that the court should consider in determining whether to grant this motion are the following *(explain):*

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.
Date: June 27, 2019

Joseph A. Whitecavage
   (TYPE OR PRINT NAME)                                                    (SIGNATURE OF DECLARANT)

8. Number of pages attached:

MC-052 (Rev. January 1, 200/)   **DECLARATION IN SUPPORT OF ATTORNEY'S MOTION TO BE RELIEVED AS COUNSEL—CIVIL**   Page 2 of 2

American LegalNet, Inc.
www.FormsWorkflow.com

*Willis v. Zip, Inc., el al.*
Alameda County Superior Court No. HG1682597

**PROOF OF SERVICE**

I declare that:

I am a citizen of the United, employed in the County of San Francisco, California, over the age of eighteen years, and not a party to the within cause. My business address is 44 Montgomery Street, Suite 3100, San Francisco, California, 94104. On this date, I served the within:

**DECLARATION IN SUPPORT OF ATTORNEY'S
MOTION TO BE RELIEVED AS COUNSEL-CIVIL**

on the parties in said cause, by placing a true and correct copy thereof addressed as follows:

| **Attorneys for Plaintiff** | **Attorneys for Plaintiff** |
|---|---|
| Anthony L. Label, Esq.<br>Steven A. Kronenberg, Esq.<br>The Veen Firm, P.C.<br>P. O. Box 7296<br>San Francisco, CA 94120<br>Telephone: (888) 504-0157<br>Facsimile: (415) 771-5845<br>E-mail: AL.Team@veenfinn.com | John R. Hillsman, Esq.<br>McGuinn, Hillsman & Palefsky<br>535 Pacific Avenue<br>San Francisco, CA 94133<br>Telephone: (415) 421-9292<br>Facsimile: (415) 403-0202 |
| **Attorneys for Berkeley Executives, Inc.** | **Attorneys for Defendant Zip, Inc.** |
| Daniel R. Friedenthal, Esq.<br>Friedenthal, Heffernan & Brown<br>215 N. Marengo Ave., Suite 165<br>Pasadena, CA 91101<br>Telephone: (626) 628-2800<br>Fax: (626) 628-2828<br>Email:<br>dfriedenthala.fhblawyers.com | Lynn L. Krieger, Esq.<br>Matthew W. J. Johnston, Esq.<br>Lewis Brisbois Bisgaard & Smith LLP<br>333 Bush Street, Suite 1100<br>San Francisco, CA 94104-2872<br>Telephone: (415) 362-4580<br>Facsimile: (415) 434-0882<br>Email:<br>Lynn.ICriegeralewisbrisbois.com<br>Matthew.Johnston@lewisbrisbois.com |
| **Thomas Smith**<br>Brand Executives<br>8601 Ranch Road 2222 #104<br>Austin, TX 78730<br>Email:<br>tommygordonsmithagrnail.com<br>tommyathebrandexecutives.com | |

  x   (VIA U.S. MAIL) I placed for collection and deposit in the U.S. mail, copies of the above document(s) at 44 Montgomery St., Suite 3100., San Francisco, CA 94104 in a sealed envelope, addressed as above. I am readily familiar with the practice of LECLAIRR AN LLP for the collection and process of correspondence for mailing with the U.S. Postal ervice. In accordance

EXH. C-7

1 with the ordinary course of business, the above documents would have b en deposited for first-class delivery on same day, with postage thereon fully prepaid.

2  x  (VIA ELECTRONIC MAIL) Copies of the above document(s) w re also emailed to
3 Thomas Smith.

4   I certify and declare under penalty of perjury that the foregoing is  rue and correct and that
5 this declaration was executed on June 27, 2019, at San Francisco, Califo ia.

6

7 _____
   **Tori M. B lestrieri**

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

MP     22762033

| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name, IIPtar number, and address): |
|---|
| Charles H. Horn (SBN 063362) <br> Joseph A. Whitecavage (SBN 154879) <br> LeClairRyan LLP <br> 44 Montgomery Street, Suite 3100 <br> San Francisco CA 94104 |
| TELEPHONE NO: 415.391.7111     FAX NO. (Optional): 415.391.8766 |
| E-MAIL ADDRESS (Optional): joseph.whitecavage@leclairryan.com |
| ATTORNEY FOR (Name): Thomas Smith |

**SUPERIOR COURT OF CALIFORNIA, COUNTY OF ALAMEDA**
STREET ADDRESS: 1221 Oak Street
MAILING ADDRESS: 1221 Oak Street
CITY AND ZIP CODE: Oakland 94612
BRANCH NAME: Administration Building

CASE NAME: Marian Latasha Willis, as Personal Representative of the Estate of Raeshon Williams v. Zip, Inc., et al.

CASE NUMBER: RG17866531

**ORDER GRANTING ATTORNEY'S MOTION TO BE RELIEVED AS COUNSEL—CIVIL**

HEARING DATE: August 23, 2019
DEPT: 22    TIME: 10:00
BEFORE HON.: Robelt McGuiness
DATE ACTION FILED: July 6, 2017
TRIAL DATE: January 6, 2020

1. The motion of *(name of attorney):* LeClairRyan LLP, Charles H. Horn/Joseph A. Whitecavage
   to be relieved as counsel of record for *(name of client):* Thomas Smith
   a party to this action or proceeding, came on regularly for hearing at the date, time, and place indicated above.

2. The following persons were present at the hearing:
   Joseph A. Whitecavage

12⁻)0C1 t S 8 \

**FAXED**

**FINDINGS**

3. Attorney has
   a. ☐ personally served the client with papers in support of this motion,.
   b. ☐ served client by mail and submitted a declaration establishing that the service requirements of California Rules of Court, rule 3.1362, have been satisfied.

4. Attorney has shown sufficient reasons why the motion to be relieved as counsel should be granted and why the attorney has brought a motion under Code of Civil Procedure section 284(2) instead of filing a consent under section 284(1).

**ORDER**

5. Attorney is relieved as counsel of record for client
   a. ☐ effective upon the filing of the proof of service of this signed order upon the client.
   b. ☐ **effective on** *(specify date):*

6. The client's ☐ current    ☐ last known    address and telephone number:

If the client's current address is known, service on the client must hereafter be made at that address unless otherwise ordered in item 13. If the current address is not known, service must be made according to Code of Civil Procedure section 1011 (b) and rule 3.252 of the California Rules of Court.

7. a. The next scheduled hearing in this action or proceeding is set for *(date, time, and place):*
      December 2, 2019 at 9:00 am in Dept. 302

   b. The hearing will concern *(subject matter):* Settlement Conference

**NOTICE TO CLIENT**
<u>You or your new attorney, if any, must prepare for and attend this hearing.</u>

Page 1 of 2

Form Adopted for Mandatory Use
Judicial Council of California
MO-053 [Rev January 1, 2001]

**ORDER GRANTING ATTORNEY'S MOTION TO BE RELIEVED AS COUNSEL—CIVIL**

Code of Civil Proedure 284;
Ca. Rules of Court, rule 31362
www.courtinfo.ca.gov

American LegalNel, Inc.
www.FormsWorkflow.com

EXH: C-9

**MC-053**

| CASE NAME: —Marian Latasha Willis, as Personal Representative of the Estate of Raeshon Williams v. Zip, Inc., et al. | CASE NUMBER: RG17866531 |
|---|---|

8. The following additional hearings and other proceedings (including discovery matters) are set in this action (describe the date, time, place, and subject matter of each): December 13, 2019 at 8:30 am in Dept. 22 - Pre-Trill Conference

9. The trial in this action or proceeding:
   a. ☐ is not yet set.
   b. ☒ is set for (specify date, time, and place): January 6, 2020

10. Client is hereby notified of the following effects this order may have upon parties.

---

**NOTICE TO CLIENT**

**Your present attorney will no longer be representing you. You may not in most cases represent yourself if you are one of the parties on the following list:**

- A guardian
- A conservator
- A trustee
- A personal representative
- A probate fiduciary
- A corporation
- A guardian ad litem
- An unincorporated association

**If you are one of these parties, YOU SHOULD IMMEDIATELY SEEK LEGAL ADVICE REGARDING LEGAL REPRESENTATION. Failure to retain an attorney may lead to an order striking the pleadings or to the entry of a default Judgment.**

---

11. Client is notified that, if the client will be representing himself or herself, the client shall be solely responsible for the case.

---

**NOTICE TO CLIENT WHO WILL BE UNREPRESENTED**

**You will not have an attorney representing you. You may wish to seek legal assistance. If you do not have a new attorney to represent you in this action or proceeding, and you are legally permitted to do so, you will be representing yourself. It will be your responsibility to comply with all court rules and applicable laws. If you fail to do so, or fail to appear at hearings, action may be taken against you. You may lose your case.**

---

12. Client is notified that it is the client's duty to keep the court informed at all times of the client's current address.

---

**NOTICE TO CLIENT WHO WILL BE UNREPRESENTED**

**The court needs to know how to contact you. If you do not keep the court and other parties informed of your current address and telephone number, they will not be able to send you notices of actions that may affect you, including actions that may adversely affect your interests or result in your losing the case.**

---

13. The court further orders (specify):

Dale:

_____
JUDGE OR JUDICIAL OFFICER

MC-053 (Rev. January 1.20071)

**ORDER GRANTING ATTORNEY'S MOTION TO BE RELIEVED AS COUNSEL—CIVIL**

Page 2 of 2

EX-C-10

| | |
|---|---|
| 1 | *Willis v. Zip, Inc., et al.* |
| | Alameda County Superior Court No. HG1682597 |
| 2 | |
| | **PROOF OF SERVICE** |
| 3 | 1 declare that: |
| 4 | |
| | I am a citizen of the United, employed in the County of San Francisco, California, over |
| 5 | the age of eighteen years, and not a party to the within cause. My business address is 44 |
| | Montgomery Street, Suite 3100, San Francisco, California, 94104. On this date, I served the |
| 6 | within: |
| 7 | **[PROPOSED] ORDER GRANTING** |
| | **ATTORNEY'S MOTION TO BE RELIEVED AS COSEL-CIVIL** |
| 8 | on the parties in said cause, by placing a true and correct copy thereof addressed as follows: |

| Attorneys for Plaintiff | Attorneys for Plaintiff |
|---|---|
| Anthony L. Label, Esq. | John R. Hillsman, Esq. |
| Steven A. Kronenberg, Esq. | McGuinn, Hillsman & Palefsky |
| The Veen Firm, P.C. | 535 Pacific Avenue |
| P. O. Box 7296 | San Francisco, CA 94133 |
| San Francisco, CA 94120 | Telephone: (415) 421-9292 |
| Telephone: (888) 504-0157 | Facsimile:   (415) 403-0202 |
| Facsimile:   (415) 771-5845 | |
| E-mail: AL.Team@veenfirm.com | |
| **Attorneys for Berkeley Executives, Inc.** | **Attorneys for Defendant Zip, Inc.** |
| Daniel R. Friedenthal, Esq. | Lynn L. Krieger, Esq. |
| Friedenthal, Heffernan & Brown | Matthew W. J. Johnston, Esq. |
| 215 N. Marengo Ave., Suite 165 | Lewis Brisbois Bisgaard & Smith LLP |
| Pasadena, CA 91101 | 333 Bush Street, Suite 1100 |
| Telephone: (626) 628-2800 | San Francisco, CA 94104-2872 |
| Fax: (626) 628-2828 | Telephone: (415) 362-2580 |
| Email: | Facsimile:   (415) 434-0882 |
|   dfriedenthalPfhblawyers.com | Email: |
| | Lynn.KriegerRIewisbrisbois.com |
| | Matthew.Johnston@lewisbrisbois.com |
| **Thomas Smith** | |
| Brand Executives | |
| 8601 Ranch Road 2222 #104 | |
| Austin, TX 78730 | |
| Email: | |
|   tommygordonsmithOgmail.com | |
|   tommy@thebrandexecutives.com | |

   x   (VIA U.S. MAIL) I placed for collection and deposit in the U.S. mail, copies of the above document(s) at 44 Montgomery St., Suite 3100., San Francisco, CA 94104, in a sealed envelope, addressed as above. I am readily familiar with the practice of LECLAI RYAN LLP for the collection and process of correspondence for mailing with the U.S. Post 1 Service. In accordance

EXH. C-11

1 | with the ordinary course of business, the above documents would have been deposited for first-class delivery on same day, with postage thereon fully prepaid.

2

3 |    x   (VIA ELECTRONIC MAIL) Copies of the above document(s) w!re also emailed to Thomas Smith.

4

5 |     I certify and declare under penalty of perjury that the foregoing is true and correct and that this declaration was executed on **June 27, 2019,** at San Francisco, Califo-nia.

6

7 | Ton M. Balestrieri

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

EXH. C-12