# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| SENTINEL INSURANCE COMPANY, LTD., an Connecticut corporation,<br><br>                Plaintiff,<br><br>vs.<br><br>BERKELEY EXECUTIVES, INC.; THOMAS SMITH; MARIAN LATASHA WILLIS, acting as the duly appointed personal representative of the Estate of Raeshon Williams (deceased),<br><br>                Defendants. | Case No. 4:19-cv-06312-VC<br>Hon. Vince Chhabria<br>Courtroom 4<br><br>**[PROPOSED] ORDER GRANTING PLAINTIFF'S MOTION TO ALLOW SERVICE OF PROCESS ON DEFENDANT BERKELEY EXECUTIVES, INC. THROUGH SECRETARY OF STATE**<br><br>Hearing Date: January 16, 2020<br>Time: 10:00 a.m.<br>Courtroom: 4, 17th Floor |

The Motion to Allow Service of Process on Defendant Berkeley Executives, Inc. through Secretary of State ("Motion") filed by Plaintiff Sentinel Insurance Company, Ltd. ("Sentinel") was scheduled for hearing on January 16, 2020. Based on the papers submitted in connection with the Motion, the Court finds the matter suitable for determination without a hearing.

The Court finds that Sentinel has demonstrated that the agent designated for service of process for Defendant Berkeley Executives, Inc. ("Berkeley Executives") with the Secretary of State cannot with reasonable diligence be found at the address designated for personally delivering the process. The Court further finds that Sentinel has demonstrated to the satisfaction of the Court that process against this domestic corporation cannot be served with reasonable diligence upon the designated agent by hand.

1    Based upon these findings, the Court orders that service of process be made upon
2 Berkeley Executives by delivering the Summons and Complaint to the California Secretary of
3 State.
4    IT IS SO ORDERED.

6 DATED: January 21, 2020          _____
                                          Hon. Vince Chhabria