UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| SENTINEL INSURANCE COMPANY, LTD., an Connecticut corporation,<br><br>Plaintiff,<br><br>vs.<br><br>BERKELEY EXECUTIVES, INC.; THOMAS SMITH; MARIAN LATASHA WILLIS, acting as the duly appointed personal representative of the Estate of Raeshon Williams (deceased),<br><br>Defendants. | Case No. 4:19-cv-06312-VC<br>Hon. Vince Chhabria<br>Courtroom 4<br><br>**[~~PROPOSED~~] ORDER GRANTING PLAINTIFF'S MOTION TO ALLOW SERVICE OF PROCESS ON DEFENDANT THOMAS SMITH BY PUBLICATION**<br><br>Hearing Date: January 16, 2020<br>Time: 10:00 a.m.<br>Courtroom: 4, 17th Floor |

The Motion to Allow Service of Process on Defendant Thomas Smith by Publication ("Motion") filed by Plaintiff Sentinel Insurance Company, Ltd. ("Sentinel") was scheduled for hearing on January 16, 2020. Based on the papers submitted in connection with the Motion, the Court finds the matter suitable for determination without a hearing.

The Court finds that Sentinel has demonstrated to the satisfaction of the Court that Defendant Thomas Smith ("Mr. Smith") cannot with reasonable diligence be served absent service by publication. The Court further finds that Mr. Smith is a necessary or proper party to this action.

Pursuant to California Code of Civil Procedure Section 415.50, Sentinel is ordered to serve Mr. Smith by publication in the San Francisco Chronicle and the London Times for a period

of four consecutive weeks.  Service upon Mr. Smith will be deemed completed upon such time as set forth in California Code of Civil Procedure Section 415.50(b).

IT IS SO ORDERED.

DATED: _____     _____
                                                              Hon. Vince Chhabria

Order granted as modified: A copy of the summons, the complaint, and the order for publication shall be mailed forthwith to Smith if his address is ascertained before expiration of the time prescribed for publication of the summons.

Dated: January 21, 2020

*[Seal: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA — IT IS SO ORDERED AS MODIFIED — Judge Vince Chhabria]*